Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:    Clerk, U.S. Bankruptcy Court

Re:    UNDISTRIBUTED FUNDS

Case No.:    6:06-bk-10824-MJ

Debtor(s):    JOSE SERAFIN HERNANDEZ
ELVIRA HERNANDEZ
718 N HOLMES AVE
ONTARIO, CA  91764

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| BANK OF AMERICA<br>NC4-105-03-14 P.O. BOX 26012<br>GREENSBORO, NC 27420-6012 | $1,816.98 |

Dated:  6/21/11                              _____
                                             Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

ROD DANIELSON, Chapter 13 Trustee
Payee: BANK OF AMERICA
Date: Jun 16, 2011

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 0610824 | JOSE SERAFIN & ELVIRA HERNANDEZ | XXXXXXXXXXX5447 | 00001 | 1,816.98 | 0.00 | 1,816.98 |
| | | | TOTALS: | 1,816.98 | 0.00 | 1,816.98 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

JOSE SERAFIN HERNANDEZ
ELVIRA HERNANDEZ
BALANCE: 0.00   [1.20 Claim:00001]
ACCT: XXXXXXXXXXX5447
PRINCIPAL: 1,816.98
CASE: 0610824
INTEREST: 0.00

16-4430
1220

**1ST ENTERPRISE BANK**
TAKING A PERSONAL INTEREST IN YOU AND YOUR BUSINESS
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
**0354511**

CHECK DATE: **Jun 16, 2011**
AMOUNT: ******1,816.98**
VOID 45 DAYS FROM DATE

PAY One Thousand Eight Hundred Sixteen And 98 / 100 Dollars

TO THE ORDER OF
*BANK OF AMERICA*
NC4-105-03-14
PO BOX 26012
GREENSBORO, NC 27420-6012        0354511

⑈0354511⑈ ⑆122044300⑆ ⑈030⑈100078⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT